UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTISS ALBERT BANKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SEAN MOORE, Warden,<br><br>　　　　Respondent. | Case No. 5:22-cv-01611-MRA-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and all of the records herein, including the July 10, 2024, Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). No objections to the Report and Recommendation were filed by Petitioner. The Court approves and accepts the Report and Recommendation.

　　　　IT IS HEREBY ORDERED that the Petition is denied and that the Petition and this action are dismissed.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 26, 2024

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2.