# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTISS ALBERT BANKS,<br><br>Petitioner,<br><br>v.<br><br>SEAN MOORE, Warden,<br><br>Respondent. | Case No. 5:22-cv-01611-MRA-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") is denied and that the Petition and this action are dismissed.

DATED: November 26, 2024

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE